# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN ANTHONY TUDELA

VERSUS

GERRY COMPTON

NO.  2024 CW 0665

**NOVEMBER 4, 2024**

---

In Re:    Brian Anthony Tudela, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20220-0001061.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT